United States District Court
Southern District of Texas
**ENTERED**
August 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RODOLFO MARTINEZ, § § Plaintiff, § VS. § BIOMET ORTHOPEDICS LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:19-CV-00038 |

## ORDER

On August 5, 2019, the parties jointly filed a Stipulation of Dismissal Without Prejudice (Doc. 7).

The Court **ORDERS** that this case be dismissed without prejudice. Costs are to be taxed against the party incurring the same. This is a final and appealable order dismissing all claims made against all parties.

SIGNED this 21st day of August, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge